84 A.3d 261

IN THE MATTER OF CHRISTINE LIPTAK, AN ATTORNEY AT LAW (ATTORNEY NO. 015141992).

February 12, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–154, concluding that **CHRISTINE LIPTAK** of **MEBANE, NORTH CAROLINA,** who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 1.15(d) and *R.* 1:21–6 (recordkeeping violations) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **CHRISTINE LIPTAK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.